THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JACK GOLD, Appellant.

Submitted January 3, 1938; decided January 11, 1938.

*Samuel J. Foley, District Attorney (George Tilzer* of counsel), for motion.

*Lewis Nadel* opposed.

Motion granted and appeal dismissed.